**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACLYN J. PARK,

                          Plaintiff,                    19 **CIVIL** 3901 (KMW)

            -against-                            **JUDGMENT**

NEW YORK UNIVERSITY COLLEGE OF
DENTISTRY & DAVID HERSHKOWITZ,
                          Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 23, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         June 23, 2021


                                                          **RUBY J. KRAJICK**
                                                          _____
                                                             **Clerk of Court**
                             **BY:**       *K. Mango*
                                                             _____
                                                             **Deputy Clerk**